UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.: 13CR3281-BEN |
| Plaintiff, | PROPOSED FINDINGS OF FACT AND RECOMMENDATION RE: COMPETENCY HEARING |
| v. | |
| RANDY JOE MCHAFFIE, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(b) and Local Criminal Rule 57.4.c.9, the above matter was referred to the undersigned to conduct a competency hearing and submit proposed findings of fact and recommendations to the assigned district judge.

**FINDINGS OF FACT AND RECOMMENDATIONS**

On Sept. 10, 2013 a competency hearing was held pursuant to 18 U.S.C. section 4247(d). The Defendant, Mr. McHaffie, by and through counsel, Charles L. Rees, and the Government, by and through AUSA Michelle M. Pettit, submitted the issue of competency on the report prepared by Gordon M. Zilberman, Ph.D., ABPP. Exhibit A. Mr. McHaffie through his counsel declined the opportunity to testify or put forth any other evidence. Therefore, based on Dr. Zilberman's report, this Court finds by a preponderance of the evidence that Mr. McHaffie is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the court proceedings brought against him, or to assist properly in his defense.

**CONCLUSION**

For the foregoing reasons, IT IS HEREBY RECOMMENDED that the United States District Court adopt these findings and recommendation that Mr. McHaffie is competent to proceed in this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of.  Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  28 U.S.C. § 636(b)(1)(c).  Objections should be captioned "Objection to Magistrate Judge's Findings and Recommendations."  Any response to the objections must be filed with the court and served on all parties within fourteen (14) days after service of the objections.  Failure to file objections within the specified time may waive the right to appeal the order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir.1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156–57 (9th Cir.1991).

IT IS SO RECOMMENDED.

Dated: September 10, 2013

**BERNARD G. SKOMAL**
United States Magistrate Judge